IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR254 |
| | ) | |
| HOLLY LYNN SMITH, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

        Before the court is defendant's unopposed Motion to Continue [37] the Change of Plea Hearing previously scheduled for October 14, 2005.  Good cause being shown, the motion is granted and the Change of Plea hearing will be rescheduled.

        IT IS ORDERED:

        1.        That the Motion to Continue [37] is granted; and

        2.        That the Change of Plea hearing is continued to **November 3,  2005** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

        For this defendant, the time between **October 13, 2005** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

        Since this is a criminal case, the defendant must be present, unless excused by the Court.

        DATED this 18th day of October, 2005.

                                        BY THE COURT:


                                        s/ F.A. Gossett
                                        United States Magistrate Judge